UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MORRIS CASTELLANOS                                CASE NO.:

    Debtor(s).

_____/


___X___ **Chapter 13 Plan**            _____ **Amended Chapter 13 Plan**

    COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

<u>Plan Payments</u>

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1- 16 | $ 2140.00 |
| 17-36 | $ 2000.00 |

    The Debtor(s) shall mail a **money order** or **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101 – 1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

<u>PAYMENT OF CLAIMS THROUGH THE PLAN</u>

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| David L. Robold | $2000.00 | $100.00 | 1-13 |
|  |  | $ 234.00 | 14-16 |
|  |  | $50.00 Monthly Monitoring Fee | 17 -36 |

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Ibm Lbps | $433,386.00 | $1564.92 | 1-36 |
| Westlake Financial Svs. | $3217 | $261.00 | 1-13 |

The Monthly Mortgage payments are based on a 2% interest rate amortized over 30 years, with the arrearages capitalized throughout the loan.

A Motion for Referral for Loan Modification Mediation will be filed.

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Ibm Lbps | $1564.92 | $73.00 | 17-36 |

Motion to Pay Outside the Plan will be files for SST/Jpmc (Co-Debtor Makes Payments)

<u>Unsecured Creditors</u>: whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: _____ %

Property of the Estate revests in the Debtor(s) upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor(s).

### CERTIFICATE OF SERVICE

I/We hereby certify that a true and correct copy of this Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this _28_ day of _February_, 2011.

/s/ David L. Robold
David L. Robold, Esquire

Attorney for the Debtors
Fla. Bar No.: 0083542
Roberts & Robold, P.A.
131 Park Lake Street
Orlando, FL 32803
(407) 426-6999
(407) 872-2266

```
Label Matrix for local noticing      Amex                                  Bank Of America
113A-6                               Po Box 297871                         Po Box 17054
Case 6:11-bk-01700-KSJ               Fort Lauderdale, FL 33329-7871        Wilmington, DE 19850-7054
Middle District of Florida
Orlando
Tue Mar  1 10:49:10 EST 2011

Cap One                              Morris Castellanos                   Chase
Po Box 85520                         2915 Southern Pines Loop             Po Box 15298
Richmond, VA 23285-5520              Clermont, FL 34711-9043              Wilmington, DE 19850-5298


Citi                                 Discover Bank                        Discover Fin Svcs Llc
Po Box 6241                          DB Servicing Corporation             Po Box 15316
Sioux Falls, SD 57117-6241           PO Box 3025                          Wilmington, DE 19850-5316
                                     New Albany, OH  43054-3025


Fifth Third Bank                     Fifth Third Bank                     Florida Department of Revenue
5050 Kingsley Dr                     P.O. Box 829009                      Bankruptcy Unit
Cincinnati, OH 45227-1115            Dallas, TX 75382-9009                Post Office Box 6668
                                                                          Tallahassee FL 32314-6668


Gemb/Sams Club                       Gemb/Walmart Dc                      HSBC Bank Nevada, N.A.
Po Box 981400                        Po Box 981400                        Bass & Associates, P.C.
El Paso, TX 79998-1400               El Paso, TX 79998-1400               3936 E. Ft. Lowell Rd, Suite 200
                                                                          Tucson, AZ 85712-1083


(p)HSBC BANK                         Ibm Lbps                             Internal Revenue Service
ATTN BANKRUPTCY DEPARTMENT           14523 Sw Millikan Way St             Post Office Box 7346
PO BOX 5213                          Beaverton, OR 97005-2344             Philadelphia PA 19101-7346
CAROL STREAM IL 60197-5213


Kohls/Chase                          Lake County Tax Collector            Lvnv Funding Llc
N56 W 17000 Ridgewood Dr             Attn: Bob McKee                      Po Box 740281
Menomonee Falls, WI 53051-7096       Post Office Box 327                  Houston, TX 77274-0281
                                     Tavares FL 32778-0327


Net Bank c/o SST Inc.                Net Bank c/o Systems & Services Technologies   Partners Fed Cr Un
J Ward Holliday & Associates PC      4315 Pickett Road                    13705 International Dr S
c/o J Ward Holliday                  Bankruptcy Department                Orlando, FL 32821-5411
501 Elm Street Suite 400, LB13       St. Joseph, Missouri 64503-1600
Dallas, TX 75202-3303


David L. Robold                      Sst/Jpmc                             Thd/Cbsd
Robert & Robold, P.A.                4315 Pickett Rd                      Po Box 6497
131 Park Lake Street                 Saint Joseph, MO 64503-1600          Sioux Falls, SD 57117-6497
Orlando, FL 32803-3821


Laurie K Weatherford                 Westlake Financial Svc
Post Office Box 3450                 4751 Wilshire Blvd
Winter Park, FL 32790-3450           Los Angeles, CA 90010-3827
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Hsbc/Bsbuy
Po Box 15519
Wilmington, DE 19850

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712-1083

(u)Karen S. Jennemann
Orlando

End of Label Matrix
Mailable recipients   28
Bypassed recipients    2
Total                 30